**Order entered May 6, 2020**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00926-CR

### THE STATE OF TEXAS, Appellant

### V.

### VINCENT RUSSELL GIORDANO, Appellee

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. M17-41558-C**

### ORDER

Before the Court is the State's May 4, 2020 motion for leave to file a supplemental brief in response to argument raised by appellee in his April 20, 2020 supplemental brief. In its motion, the State asks the Court to file its Supplemental Brief on Timely Execution of Search Warrants, tendered April 24, 2020. The State's motion is **GRANTED**, and its brief tendered April 24, 2020, is **ORDERED** filed as of April 24, 2020.

/s/     ROBBIE PARTIDA-KIPNESS
        JUSTICE